**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JOSEPH LEE VANDERGRIFT**                                                **PLAINTIFF**

**v.**                                      **CASE NO.  3:13CV00023 BSM**

**RYAN COPPER et al.**                                                **DEFENDANTS**

## ORDER

Plaintiff Joseph Lee Vandergrift, an inmate incarcerated in the Lawrence County Jail, filed this lawsuit pro se under 42 U.S.C. § 1983.  Mr. Vandergrift moved to proceed *in forma pauperis*, but his application was denied as incomplete.  He was ordered to submit a new application and calculation sheet with information about his prison trust account, in accordance with 28 U.S.C. § 1915(a), or submit the $350.00 filing fee within 30 days.  [Doc. No. 3].  He was cautioned that failure to comply with the order could result in dismissal of his claims.

Mr. Vandergrift has not complied with the order, and the time for doing so has passed. Therefore, his claims are dismissed without prejudice for his failure to comply with a court order.  *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 14th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE