IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH LEE VANDERGRIFT                                      PLAINTIFF

v.                    CASE NO.  3:13CV00023 BSM

RYAN COPPER et al.                                          DEFENDANTS

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 14th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE